HERBERT A. O'BRIEN, Appellant, *v.* SAMUEL M. BIRN-
BAUM, Respondent.

Argued May 27, 1938; decided July 7, 1938.

*Nathaniel H. Brower* and *Bernard Nadel* for appellant.
*Charles H. Tuttle* and *Copal Mintz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: CRANE, Ch. J.